THE GRAND STREET AND NEWTOWN RAILROAD COMPANY, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant

(Argued December 20, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court, entered upon an order made the third Monday of September, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*William J. Kelly* for appellant.

*Albert G. McDonald* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.